# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-4650

PLAINTIFF:
Carpenters Health and Welfare Fund of Philadelphia and Vicinity, et al.

vs.

DEFENDANT:
PHK Services, Inc. d/b/a and t/a McCabe Construction and d/b/a and t/a PHK Services

For:
Richard J. Defortuna, Esquire
Jennings Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on PHK SERVICES, INC. d/b/a and t/a McCabe Construction and d/b/a and t/a PHK Services, 438 Leah Drive, Fort Washington, PA 19034 Attention: Lester Kiefer.

I, Stephen Nardy, being duly sworn, depose and say that on the **18th day of August, 2002 at 12:35 pm**, I:

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF BUSINESS, TO A PERSON THEREIN WHO IS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Lester Kiefer**, TITLE: **Person in Charge** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'10, Weight: 170, Hair: Brown/Gray, Glasses: Y

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

Stephen Nardy
Process Server

Subscribed and Sworn to before me on the 20th day of August, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002002087

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5c