**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND | : | CIVIL ACTION |
| OF PHILADELPHIA AND VICINITY, et al | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| PHK SERVICES, INC. d/b/a and t/a McCABE | : | |
| CONSTRUCTION and d/b/a and t/a PHK SERVICES | : | |
| | : | |
| | : | |
| Defendant | : | NO. 02-4650 |

## REQUEST TO ENTER DEFAULT PURSUANT TO F.R.C.P. 55(a)

You will please enter a default on Defendant PHK Services, Inc. d/b/a and t/a McCabe

Construction and d/b/a and t/a PHK Services for their failure to plead or otherwise defend the

Complaint filed on July 12, 2002, as provided in Rule 55(a) of the Federal Rules of Civil

Procedure as appears in the attached declaration of Richard J. DeFortuna, Esquire.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

By:    s/Richard J. DeFortuna
RICHARD J. DeFORTUNA, ESQUIRE (ID. NO. 86260)
SANFORD G. ROSENTHAL (ID. NO. 38991)
Jennings Sigmond, P.C.
The Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA  19106
(215) 351-0674/0611

Date: January 20, 2003

109644-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND | : | CIVIL ACTION |
| OF PHILADELPHIA AND VICINITY, et al | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| PHK SERVICES, INC. d/b/a and t/a McCABE | : | |
| CONSTRUCTION and d/b/a and t/a PHK SERVICES | : | |
| | : | |
| Defendant | : | NO. 02-4650 |

## <u>DECLARATION OF RICHARD J. DeFORTUNA FOR ENTRY OF DEFAULT</u>

Richard J. DeFortuna, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

1.      I am the attorney for the Plaintiffs in the above-entitled action.

2.      The Complaint and Summons in this action were served on the Defendants PHK Services, Inc. d/b/a and t/a McCabe Construction and d/b/a and t/a PHK Services ("Defendants"), by Stephen Nardy, Process Server, on August 18, 2002, as appears from the Affidavit of Service of the Complaint which has been duly docketed with the Court.  The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3.      The Defendant has not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Executed on : <u>January 20, 2003</u>          <u>s/Richard J. DeFortuna</u>
                                    RICHARD J. DeFORTUNA, ESQUIRE

109644-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND | : | CIVIL ACTION |
| OF PHILADELPHIA AND VICINITY, et al | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| PHK SERVICES, INC. d/b/a and t/a McCABE | : | |
| CONSTRUCTION and d/b/a and t/a PHK SERVICES | : | |
| | : | |
| Defendant | : | NO. 02-4650 |

## DECLARATION OF NON-MILITARY SERVICE

RICHARD J. DeFORTUNA, ESQUIRE, having been duly sworn according to law

hereby deposes and states that he is legal counsel for Plaintiffs Carpenters Pension and Annuity

Fund of Philadelphia and Vicinity, et al., and that Defendant is neither in the military or naval

service of the United States or its allies, nor otherwise within the provisions of the Soldiers and

Sailors Civil Relief Act of 1940 or its amendments.

I declare under penalty of perjury in accordance
with 28 U.S.C. §1746 that the foregoing is true and
correct to the best of my knowledge, information
and belief

Executed on : <u>January 20, 2003</u>          <u>s/Richard J. DeFortuna</u>
                                              RICHARD J. DeFORTUNA, ESQUIRE

109644-1

## CERTIFICATE OF SERVICE

I, Richard R. DeFortuna, Esquire, statue under penalty of perjury that I caused a copy of the foregoing Request to Clerk to Enter Default Pursuant to F.R.C.P. 55(a) to be served via first class mail, postage prepaid on the date and to the address below:

PHK Services, Inc.
d/b/a and t/a McCabe
Construction and d/b/a
and t/a PHK Services
438 Leth Drive
Fort Washington, PA 19034

s/Richard J. DeFortuna
RICHARD J. DeFORTUNA, ESQUIRE

Date: January 20, 2003

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM

109644-1