# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : | NO. 02-CV-4650 |
| v. | : : | |
| PHK SERVICES, INC.<br>   d/b/a and t/a McCABE CONSTRUCTION<br>   d/b/a and t/a PHK Services | : : : : | |
| Defendant | : | |

## DECLARATION OF RICHARD J. DeFORTUNA, ESQUIRE

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : |
| | : ss. |
| COUNTY OF PHILADELPHIA | : |

Richard J. DeFortuna, Esquire states, under penalty of perjury that the following is true and correct.

1. I am employed as an associate with the Law Firm of Jennings Sigmond, P.C.

2. Attached to this Motion as Exhibit 5 is a computerized billing list showing all work performed by the office of Jennings Sigmond, P.C. and related costs in connection with the collection of the contributions at issue in this action through February 21, 2003. The computerized listing is prepared from contemporaneous attorney time and expense records, the originals of which are maintained in the regular business records and files of Jennings Sigmond, P.C. The identity of those performing services connected with this matter are:

109996-1

| Initials | Name | Title |
|---|---|---|
| SGR | Sanford G. Rosenthal | Attorney |
| RJD | Richard J. DeFortuna | Attorney |

    3.    Based upon my review of Exhibit 5, the Funds have incurred attorney's fees and costs of $4,027.66.

    4.    I have executed this Declaration in support of the Motion of Plaintiffs for Default Judgment against Defendant, and request this Court to consider the same as proof in support of the allegations contained in the Complaint of the Funds and other facts stated in this Declaration.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  February 24, 2003        s/RICHARD J. DeFORTUNA
                                                           RICHARD J. DeFORTUNA, ESQUIRE

# EXHIBIT 5

Case 2:02-cv-04650-AB   Document 4-3   Filed 02/24/2003   Page 4 of 15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARPENTERS HEALTH AND WELFARE
FUND OF PHILADELPHIA AND VICINITY, et al. v.
PHK SERVICES, INC. d/b/a and t/a McCabe
Construction and d/b/a and t/a PHS Services
Civil Action No. 02-4650

**JENNINGS SIGMOND ATTORNEYS' FEES – through February 21, 2003**

| Date | Attorney | Task | Time |
|---|---|---|---|
| 2/3/03 | RJD | Phone Conference with L. Keifer regarding Company Ownership | .5 |
| 2/11/03 | RJD | Review of Collective Bargaining Agreements Review and Revision of Motion for Default Judgment | .5 |
| 2/19/03 | RJD | Final Draft of Default Motion | .4 |
| 2/21/03 | RJD | Preparation of Exhibits and Motion | 1.0 |
| | | TOTAL HOURS | 2.4 |

February Summary

RJD   2.4 hrs x $210/per hour   =   $504.00

Total from 01/31/03   =   $3,523.66

    Grand Total   $4,027.66

109996-1

Jennings Sigmond

```
REPORT DATE    02/19/03                      WORK IN PROCESS REPORT                                    PAGE    1
REPORT NUMBER JP038-051268
SORTED BY CLIENT/MATTER                                                                         PRINTED BY MHT
BILL THROUGH RANGE 00/00/00-02/19/03


CLIENT  CHWP00  MATTER  23500       Carpenters HWP Funds              PHK Services/McCabe Const.
                                    Funds of Philadelphia & Vicinity
                                    c/o David Costello
                                    1803 Spring Garden Street
                                    Philadelphia, PA 19130
BILL TMKP :    SGR      Sanford G. Rosenthal
ORIG TMKP :    TWJ      Thomas W. Jennings


  DATE      TIMEKEEPER     HOURS       AMOUNT     DESCRIPTION

 01/09/03      RJD          .10         21.00     Conference with S. Rosenthal regarding Status of
                                                  Litigation
 01/09/03      RJD          .30         63.00     Preparation of Request for Default
 01/09/03      SGR          .10         24.00     Memo to File
 01/17/03      RJD          .20         42.00     Preparation of Request for Default
 01/20/03      RJD          .60        126.00     Preparation of Request for Default and Default
                                                  Motion
 01/21/03      CTM          .10          8.50     Review of Documents from Court regarding Default
                                                  Request
 01/24/03      RJD         1.20        252.00     Preparation of Motion for Default Judgment
 01/27/03      RJD         1.00        210.00     Review and Revision of P. Tonia Declaration
 01/28/03      RJD          .20         42.00     Review and Revision of P. Tonia affidavit for
                                                  Motion for Default
 01/29/03      RJD         2.50        525.00     Review and Revision of Default Judgment Motion
 01/31/03      RJD          .40         84.00     Collection of Exhibits


        TIMEKEEPER TOTALS

RJD        6.50     210 /hr        1,365.00
CTM         .10      85 /hr            8.50
SGR         .10     240 /hr           24.00

TOTAL              6.70      $     1,397.50


        DISBURSEMENTS

 01/28/03     COPY                      3.08      Photocopies


        DISBURSEMENT TOTALS

COPY                        3.08

DISB TOTAL         $        3.08

BILL TOTAL         $    1,400.58


        LAST ACTIVE   02/05/03              LAST PAYMENT    10/31/02
```

Jennings Sigmond

```
REPORT DATE    02/19/03                    WORK IN PROCESS REPORT                                      PAGE    2
REPORT NUMBER JP038-051268
SORTED BY CLIENT/MATTER                                                                          PRINTED BY MHT
BILL THROUGH RANGE 00/00/00-02/19/03

                                    FEES/
                        HOURS      EXPENSES

REPORT TOTALS    .       6.70      1,397.50
                                       3.08
```

REPRINT OF BILLED DETAILS (as billed)

```
                         Bill number CHWP00-23500-001 SGR
                             Bill date   06/10/02

Carpenters Health, Welfare & Pension
   Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


PHK Services/McCabe Construction   (23500)

FOR PROFESSIONAL SERVICES RENDERED

05/23/02 SGR   Review of Correspondence from P. Tonia regarding
               New File
               Review of Documents
               Preparation of Litigation Memo
                                   .30 hrs  195  /hr      58.50
05/28/02 RJD   Review of File Docoments in Preparation for
               Complaint
                                   .20 hrs  185  /hr      37.00
05/30/02 SGR   Office Conference with Attorney R. DeFortuna
               Review of Documents regarding Corporate
               Information
                                   .60 hrs  195  /hr     117.00
05/30/02 RJD   Preparation for Conference with Attorney S.
               Rosenthal regarding Collection Efforts and
               Complaint
                                   .40 hrs  185  /hr      74.00
05/30/02 RJD   Conference with Attorney S. Rosenthal regarding
               Joint Defendants for Complaint
                                   .20 hrs  185  /hr      37.00
05/30/02 RJD   Preparation of Current Address and Corporate
               Informatin Seaech
               Preparation of Complaint
               Conference with Attorney S. Rosenthal regarding
               Defendants for Complaint
                                  2.30 hrs  185  /hr     425.50
05/31/02 RJD   Phone Conference with M. Tapken regarding Thomas
               McCabe and Todd McCabe Defendants
                                   .10 hrs  185  /hr      18.50
05/31/02 RJD   Phone Conference with M. Tapken regarding Thomas
               N. McCabe and 40 Hours Agreement as Owner
                                   .20 hrs  185  /hr      37.00
                                                       -----------
               TOTAL FEES                          $      804.50

DISBURSEMENTS
```

```
REPRINT OF BILLED DETAILS (as billed)
CHWP00-23500-001 SGR                                              Page     2

                                                                 ----------
         TOTAL DISBURSEMENTS                              $             .00

BILLING SUMMARY

         TOTAL FEES                                       $          804.50
                                                                 ----------
         TOTAL CHARGES FOR THIS BILL                      $          804.50
```

REPRINT OF BILLED DETAILS (as billed)

Bill number CHWP00-23500-002 SGR
Bill date   07/10/02

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


PHK Services/McCabe Construction  (23500)

FOR PROFESSIONAL SERVICES RENDERED

06/14/02  RJD   Phone Conference with M. Tapken regarding McCabe
                40 Hour Agreement
                                        .30 hrs  185 /hr       55.50
06/26/02  RJD   Review of McCabe Documents and Preparation of
                Complaint
                Preparation of FOIA Letter to USPS regarding
                McCabe Address
                                        .40 hrs  185 /hr       74.00
                                                            -----------
                TOTAL FEES                              $      129.50

DISBURSEMENTS

                                                            -----------
                TOTAL DISBURSEMENTS                     $         .00

BILLING SUMMARY

                TOTAL FEES                              $      129.50
                                                            -----------
                TOTAL CHARGES FOR THIS BILL             $      129.50

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number CHWP00-23500-004 SGR
                    Bill date    08/09/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


PHK Services/McCabe Construction   (23500)

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/02 | RJD | Investigation of Companies Preparation of Complaint | .50 hrs | 185 /hr | 92.50 |
| 07/01/02 | RJD | Conference with Attorney S. Rosenthal regarding Company, Proper Parties for Complaint | .20 hrs | 185 /hr | 37.00 |
| 07/02/02 | RJD | Preparation of Complaint | .50 hrs | 185 /hr | 92.50 |
| 07/02/02 | SGR | Preparation of Complaint | .20 hrs | 195 /hr | 39.00 |
| 07/10/02 | SGR | Review and Revision of Complaint | .40 hrs | 195 /hr | 78.00 |
| 07/10/02 | RJD | Preparation of Complaint | .50 hrs | 185 /hr | 92.50 |
| 07/11/02 | RJD | Review of Complaint | .30 hrs | 185 /hr | 55.50 |
| 07/15/02 | CTM | Review of Documents from Court (x2) | .20 hrs | 85 /hr | 17.00 |

           TOTAL FEES                               $      504.00

DISBURSEMENTS

07/31/02 COPY  Photocopies                                   4.20
07/31/02 PO    Postage Charges                               9.76

           TOTAL DISBURSEMENTS                      $       13.96

BILLING SUMMARY

           TOTAL FEES                               $      504.00

           TOTAL DISBURSEMENTS                      $       13.96

           TOTAL CHARGES FOR THIS BILL              $      517.96

REPRINT OF BILLED DETAILS (as billed)

```
                       Bill number  CHWP00-23500-005 SGR
                         Bill date    09/10/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


PHK Services/McCabe Construction   (23500)

FOR PROFESSIONAL SERVICES RENDERED

```
08/13/02 CTM   Computer Research Dunn & Bradstreet Corporate
               Records regarding Keifer Construction, McCabe
               Construction and PHK Services
                                     .70 hrs   85  /hr      59.50
08/14/02 RJD   Review of D & B Keifer Const. and Relationship
               with PHK
                                     .30 hrs  185  /hr      55.50
08/19/02 RJD   Phone Conference with W. Phillips of PHK Services
               regarding Sale of Business to T. McCabe
               Review of Documents of Sale
                                     .40 hrs  185  /hr      74.00
08/19/02 RJD   Phone Conference with H. Phillips regarding
               Keifer's Interest in PHK
               Conference with Attorney S. Rosenthal regarding
               Same
                                     .20 hrs  185  /hr      37.00
08/20/02 RJD   Conference with Attorney S. Rosenthal regarding
               Ownership of PHK and Service of L. Keifer
                                     .10 hrs  185  /hr      18.50
08/20/02 CTM   Review of Documents from Court regarding Summons
                                     .10 hrs   85  /hr       8.50
08/26/02 RJD   Conference with M. Tapken regarding
               Update on Case Status
                                     .10 hrs  185  /hr      18.50
                                                         -----------
               TOTAL FEES                              $    271.50
```

DISBURSEMENTS

```
08/01/02 FF     Filing Fee - US District Court                 150.00
08/22/02 7100   Service Fee                                    129.50
                                                           -----------
                TOTAL DISBURSEMENTS                       $    279.50
```

BILLING SUMMARY

```
REPRINT OF BILLED DETAILS (as billed)
CHWP00-23500-005 SGR                                                    Page      2

              TOTAL FEES                                        $        271.50

              TOTAL DISBURSEMENTS                               $        279.50
                                                                       ----------
              TOTAL CHARGES FOR THIS BILL                       $        551.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                      Bill number  CHWP00-23500-006 SGR
                         Bill date    10/10/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


PHK Services/McCabe Construction   (23500)

FOR PROFESSIONAL SERVICES RENDERED

```
                                                              -----------
           TOTAL FEES                                    $            .00
```

DISBURSEMENTS

```
09/30/02 CRDB Computer Research - Dun & Bradstreet                 120.12
                                                              -----------
           TOTAL DISBURSEMENTS                           $         120.12
```

BILLING SUMMARY

```
                                                              -----------
           TOTAL CHARGES FOR THIS BILL                   $         120.12
```

```
REPRINT OF BILLED DETAILS (as billed)
CHWP00-23500-ALL SGR                                              Page      1


            REPORT TOTALS

            TOTAL FEES                                               1,709.50

        .   TOTAL DISBURSEMENTS                                        413.58
                                                                  -----------
                                                                     2,123.08
```